METROPOLITAN LIFE INSURANCE COMPANY, Respondent, *v.* THE HYDREX FELT AND ENGINEERING COMPANY et al., Defendants, and CHILDS COMPANY, Appellant.

*Metropolitan L. Ins. Co.* v. *Hydrex Felt & Eng. Co.* 164 App. Div. 935, appeal dismissed.
(Submitted January 25, 1915; decided February 2, 1915.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 16, 1914, which reversed an order of Special Term denying a motion by plaintiff for leave to discontinue the above-entitled action,

cancel the notice of its pendency and vacate the judg-ment of foreclosure and sale against the defendant Childs Company.

The motion was made upon the ground that the appeal could not be taken as of right to the Court of Appeals, and that permission to appeal had not been obtained.

*Frederick C. Lawyer* for motion.

*William A. Barber* and *Joseph Diehl Fackenthal* for respondent.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.